Case 2:22-cv-00917-JB-GBW   Document 1   Filed 11/30/22   Page 1 of 7    1 of 5

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 30 2022
MITCHELL R. ELFERS
CLERK

CV 22-917

22CV739-MV                                    11/25/22

To Whom It May Concern,

    I Manuel Rios #63473, Is currently incarcerated at The Curry County Detention Center in Clovis, New-Mexico. I been locked up here at the jail since 9/13/2022.

    I have a pending Lawsuit against The Curry County Detention Center, and Summit. My Lawsuit is through The United States Supreme Court. #2:22-cv-00739-MV-KK. Summit is the Company that runs the kitchen and serves the meals here at the Curry County Detention-Center.

    My Religion is Jewish/Catholic, and I was raised on Koshered Meals. I have been having issues with the jail staff, and the kitchen staff about my Koshered/Religous meals. They are refusing to fully comply with my koshered meals since 9/13/2022.

    I have exhausted the request and grievance system here at the jail about my koshered meals. Many times I have explained to jail staff and kitchen staff what a koshered meals is. It has fallen on deaf ears every time. The Holy Bible, in Deuteronomy Chapter 14 explains what a koshered Meal is; And what I'm allowed to eat as a Religous Meal.

    Officials and Summit Kitchen Staff here at the Curry County Detention Center have been acting with a Deliberate Indifference to the fact I

cannot be eating certain foods due to my Religous Beliefs, Beliefs I have been following for the majority of my life. I have rejected my food trays many times because simply I cannot eat them.

On 11/13/2022, Cpt. Lujan here at the jail had informed me that I will be able to work in the kitchen so I can prepare my own meals as an attempt to resolve this matter because the kitchen staff has mainly been giving me Beans, Rice, flour tortillas, Peanut-butter, and jellies for most of all my meals. Which the jail officials and kitchen staff claim is a koshered meal. I am being deprived of any meats.

The meals they been trying to give me as koshered meals are a Low Soduim Diets with No meats at all, and I'm still being denied my 100% Grape Juice or fruit Juices. I know for a fact there is not enough calories Per serving in my meals they are trying to serve me, and none of the foods come with a koshered Certified label.

According to the Holy Bible there is more to a koshered meal, than just Beans, Rice, and Peanut Butter.

On 11/23/2022, The employee Cassandra from the kitchen told me that "a bag of Trail Mix and Top Ramen soup are not koshered". She also said "you need to get off your Diet". I have no choice, but to order food from the Commissary. At least the food from commissary is

package and freshly sealed. not contaminated like the unkoshered meals they try to serve me here at the jail. Also how can this lady tell me to get off my diet. My koshered meals are not a diet to me. My koshered meals are a way of life that God offers me to eat everyday and this lady Cassandra is purposely neglecting to provide me with my koshered meals.

I feel that Ms. Cassandra is being prejudice towards me and towards my Jewish Religion.

11/24/2022. Thanksgiving Dinner was served at noon. The meal was proper and good. But, for dinner everyone was given sack lunches with Bologna sandwiches and a bag of Lay's Potato Chips.

The kitchen staff all know that I eat a koshered meal and that I don't or can't eat processed food which Bologna is. Cassandra from the kitchen told all the kitchen staff to not make or prepare any diet meals for the evening of 11/24/2022. I feel that Ms. Cassandra intently did not want me to eat or have sandwiches made from the Turkey they served for Thanksgiving dinner.

I know there was plenty of Turkey meat slices left over and plenty of Turkey meat slices made for night diet sacks because I was the one who sliced all the Turkey the day before on 11/23/2022.

I was only given two small bags of Lay's Potato

chips, Four small packs of Peanut Butter and Four small packs of Jellies with no Bread at all for dinner on Thanksgiving evening.

Once again, why is the Kitchen Staff and The officials here at The Curry County Detention Center being prejudice about my Jewish Religion and singling me out. I feel that they are cruelly punishing me because of my Religion and because I have another Lawsuit filed against them both.

Attached is a list of witness who witnessed the incident on 11/24/2022, and for the unkoshered meals the kitchen and jail try to serve me. How they are trying to force me to contaminate my Holy Body, and how officials and kitchen staff are acting with a Deliberate Indifference towards me and towards my Religion.

I Manuel Rios, wants to file a new lawsuit against Summit and against The Curry County Detention Center for:
1.) Violating my 8th Amendment Right
2.) Violating my 14th Amendment Right
3.) Prejudice
4.) Discrimination
5.) Harrassment

5) Violating my Human Rights
6) Violating my Civil Rights
7) Violating my Religous Rights
8) Violating my Religous meals / koshered meals
9) Anguish and suffering they are causing me
10) Physical and Mental challenges I face every day.
11) Forcing me to contaminate My Holy Body
12) Anxiety and Emotional Disstress they cause me every day.

Manuel Rios #63473
Manuel Rios

Witnesses

Albert Hernandez 19554
Allen Maplic 65433
J. Hamilton 64206
J. Maldonado #63935
CARETON MITCHELL 62002
Angel Garcia #63561
Shalone Muffin #31783
N. Soto #62497
M. Daniew #62860
R. Marez #61430
Jenar. J Buffan. 02116
Darion All #60155
Jason #49072

Legal
Mail

Manuel Rios #63473
601 Mitchell St.
Clovis, NM 88101



**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 30 2022

MITCHELL R. ELFERS
CLERK

UNITED STATES SUPREME COURT
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102